# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wood, Kimba M. | U.S. District Court, SDNY | 5/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | New York City Ballet, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011* | Rockefeller Brothers Fund - Committee Fees |
| 2. 2011* | Sonic Corp - various Board & Committee Fees |
| 3. 2011* | Vestar, Harding Services, Blackstone, Irving Place Capital, Morgan Stanley Smith Barney, Centerview - Fee Income |
| 4. 2011* | Morgan Stanley Pension Benefit |
| 5. *(various) | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Line of Credit | P2 |
| 2. | Vestar | Loans | K |
| 3. | Citibank | Rental Property Mortgage | N |
| 4. | American Express | Credit Card | K |
| 5. | Citi Aadvantage | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EXXON CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 2. CREST FUND LP (IRA/ROTH IRA) (SEE NOTE 1 IN SECTIONVIII) | E | Distribution | P1 | T | | | | | |
| 3. GOLDMAN, SACHS BANK DEPOSIT/ CASH #1 | A | Interest | | | Closed | 04/05/11 | J | | |
| 4. MORGAN STANLEY BANK/CASH | A | Interest | J | T | Open | 03/14/11 | K | | |
| 5. ABBOTT LABORATORIES COMMON STOCK | A | Dividend | J | T | Buy | 09/06/11 | J | | |
| 6. AMERICAN EXPRESS CO COMMON STOCK | | None | J | T | Buy | 11/16/11 | J | | |
| 7. AVENUE INCOME CREDIT COMMON STOCK | A | Dividend | J | T | Buy | 10/04/11 | J | | |
| 8. BLACKROCK INC COMMON STOCK | A | Dividend | J | T | Sold (part) | 05/24/11 | J | D | |
| 9. | | | | | Sold (part) | 12/23/11 | J | C | |
| 10. CME GROUP INC COMMON STOCK | A | Dividend | J | T | Buy | 11/23/11 | J | | |
| 11. CREXUS INVESTMENT CORP COMMON STOCK | A | Dividend | J | T | Buy | 09/22/11 | J | | |
| 12. EATON VANCE TAX-MNGD GLOBAL COMMON STOCK | A | Dividend | | | Buy | 03/22/11 | J | | |
| 13. | | | | | Sold | 09/28/11 | J | | |
| 14. ENERGY SEL SECT SPDR FD COMMON STOCK | A | Dividend | J | T | Buy | 03/22/11 | K | | |
| 15. | | | | | Sold (part) | 05/12/11 | J | | |
| 16. | | | | | Sold (part) | 12/08/11 | J | | |
| 17. HALLIBURTON CO COMMON STOCK | | None | J | T | Buy | 12/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES S&P MID CAP 400 GROWTH COMMON STOCK | | None | J | T | Buy | 12/23/11 | J | | |
| 19. MARKET VECTOR AGRIBUS ETF COMMON STOCK | A | Dividend | J | T | Buy | 09/07/11 | J | | |
| 20. MARKET VECTORS BRAZL SM-CAP COMMON STOCK | | None | J | T | Buy | 12/23/11 | J | | |
| 21. NFJ DIVIDEND INT & PRE STRGY COMMON STOCK | A | Dividend | J | T | Buy | 03/22/11 | J | | |
| 22. NORTHSTAR REALTY FIN CORP COMMON STOCK | A | Dividend | | | Buy | 05/12/11 | J | | |
| 23. | | | | | Sold | 08/23/11 | J | | |
| 24. PEPSICO INC COMMON STOCK | | None | J | T | Buy | 09/06/11 | J | | |
| 25. PROSPECT CAPITAL CORP COMMON STOCK | A | Dividend | J | T | Buy | 09/22/11 | J | | |
| 26. QUALCOMM INC COMMON STOCK | | None | J | T | Buy | 11/29/11 | J | | |
| 27. ROCK TENN CO CL A COMMON STOCK | A | Dividend | | | Buy | 05/24/11 | J | | |
| 28. | | | | | Sold (part) | 08/31/11 | J | | |
| 29. | | | | | Sold | 09/06/11 | J | | |
| 30. SANDRIDGE ENERGY INC COMMON STOCK | | None | J | T | Buy | 10/06/11 | J | | |
| 31. SONIC CORP COMMON STOCK | | None | | | Sold (part) | 05/24/11 | J | | |
| 32. | | | | | Sold | 12/23/11 | J | | |
| 33. SPDR S&P BANK ETF COMMON STOCK | A | Dividend | J | T | Buy | 07/21/11 | J | | |
| 34. STARWOOD PROPERTY TRUST INC COMMON STOCK | A | Dividend | J | T | Buy | 06/28/11 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TEXTAINER GROUP HOLDINGS LTD COMMON STOCK | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 36. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 37. VANGUARD DIVIDEND APPRECIATION COMMON STOCK | A | Dividend | J | T | Buy | 03/22/11 | K | | |
| 38. | | | | | Sold (part) | 09/22/11 | J | | |
| 39. VANGUARD INFO TECH ETF COMMON STOCK | A | Dividend | J | T | Buy | 09/22/11 | J | | |
| 40. VANGUARD MSCI EMERGING MKTS COMMON STOCK | A | Dividend | J | T | Buy | 03/22/11 | J | | |
| 41. WALGREEN CO COMMON STOCK | A | Dividend | | | Sold (part) | 07/22/11 | J | B | |
| 42. | | | | | Sold | 09/14/11 | J | B | |
| 43. WEATHERFORD INTL LTD COMMON STOCK | | None | J | T | Buy | 07/22/11 | J | | |
| 44. WISDOMTREE TR EMG MKTS SMCAP COMMON STOCK | A | Dividend | J | T | Buy | 03/22/11 | K | | |
| 45. BIF TAX-EXEMPT FUND/CASH | A | Dividend | L | T | | | | | |
| 46. ABBOTT LABORATORIES COMMON STOCK | E | Dividend | O | T | Buy (add'l) | 03/25/11 | J | | |
| 47. ACCENTURE LTD COMMON STOCK | C | Dividend | L | T | Sold (part) | 07/15/11 | K | E | |
| 48. AIR PRODUCTS COMMON STOCK | A | Dividend | K | T | Buy | 07/20/11 | L | | |
| 49. ALLEGHENY TECHNOLOGIES COMMON STOCK | A | Dividend | M | T | Buy | 10/05/11 | L | | |
| 50. AMERICAN EXPRESS COMMON STOCK | B | Dividend | L | T | | | | | |
| 51. AMERICA MOVIL COMMON STOCK | D | Dividend | O | T | Sold (part) | 05/10/11 | O | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMGEN COMMON STOCK | A | Dividend | L | T | Buy | 08/03/11 | K | | |
| 53. ANADARKO PETROLEUM CORP COMMON STOCK | A | Dividend | L | T | | | | | |
| 54. FLY LEASING (FKA BABCOCK & BROWN) COMMON STOCK | C | Dividend | L | T | | | | | |
| 55. BERKSHIRE HATHAWAY COMMON STOCK | | None | N | T | | | | | |
| 56. BLACKROCK INC COMMON STOCK | E | Dividend | O | T | | | | | |
| 57. CABOT OIL & GAS COMMON STOCK | A | Dividend | M | T | Sold (part) | 11/01/11 | K | D | |
| 58. CARPENTER TECHNOLOGY COMMON STOCK | A | Dividend | L | T | | | | | |
| 59. CHUBB COMMON STOCK | A | Dividend | L | T | Buy | 06/14/11 | L | | |
| 60. CONOCOPHILLIPS COMMON STOCK | C | Dividend | L | T | Sold (part) | 06/14/11 | L | E | |
| 61. CONSTELLATION BRANDS COMMON STOCK | | None | L | T | Sold (part) | 10/12/11 | J | D | |
| 62. CORNING INC COMMON STOCK | A | Dividend | L | T | Buy | 10/05/11 | L | | |
| 63. COVANTA HLDG CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 64. DEVON ENERGY CORP COMMON STOCK | C | Dividend | L | T | Sold (part) | 10/03/11 | M | | |
| 65. | | | | | Sold (part) | 10/05/11 | L | | |
| 66. EQT CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 67. EVERCORE PARTNERS COMMON STOCK | A | Dividend | J | T | | | | | |
| 68. FEDERAL EXPRESS COMMON STOCK | A | Dividend | K | T | Buy | 07/20/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. INTERNATIONAL BUSINESS MACHINE COMMON STOCK | C | Dividend | N | T | | | | | |
| 70. INTERNATIONAL PAPER CO COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 04/05/11 | K | | |
| 71. JOHNSON & JOHNSON COMMON STOCK | E | Dividend | P1 | T | | | | | |
| 72. KROGER COMPANY COMMON STOCK | A | Dividend | | | Sold | 03/25/11 | L | D | |
| 73. MARKET VECTORS GOLD MINER ETF COMMON STOCK | B | Dividend | N | T | | | | | |
| 74. MCDONALDS COMMON STOCK | B | Dividend | K | T | | | | | |
| 75. METLIFE COMMON STOCK | | None | | | Buy | 03/08/11 | L | | |
| 76. | | | | | Sold | 09/28/11 | K | | |
| 77. MICROSOFT COMMON STOCK | A | Dividend | L | T | Buy | 09/19/11 | L | | |
| 78. | | | | | Buy (add'l) | 12/09/11 | K | | |
| 79. OCCIDENTAL PETE CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 80. ORACLE CORP COMMON STOCK | A | Dividend | L | T | | | | | |
| 81. PACKAGING CORP COMMON STOCK | C | Dividend | L | T | | | | | |
| 82. PEPSICO COMMON STOCK | E | Dividend | O | T | | | | | |
| 83. PFIZER INC COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 07/20/11 | J | | |
| 84. PIONEER NATURAL RESOURCES COMMON STOCK | A | Dividend | N | T | | | | | |
| 85. IRA HOLDINGS - ALL COMMON STOCKS (LINES 86-153) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ALTRIA GROUP | A | Dividend | | | Sold (part) | 03/02/11 | K | D | |
| 87. | | | | | Sold | 03/15/11 | K | D | |
| 88. AMERICAN EXPRESS CO | | None | J | T | Buy | 11/16/11 | J | | |
| 89. ANNALY CAPITAL MNGMT INC | B | Dividend | J | T | Buy | 02/15/11 | J | | |
| 90. | | | | | Buy (add'l) | 02/16/11 | J | | |
| 91. | | | | | Sold (part) | 12/23/11 | J | | |
| 92. APOLLO INVESTMENT CORP\ | | None | J | T | Buy | 12/22/11 | J | | |
| 93. AVENUE INCOME CREDIT | A | Dividend | J | T | Buy | 03/18/11 | J | | |
| 94. | | | | | Buy (add'l) | 11/11/11 | J | | |
| 95. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 96. BLACKROCK INTL GROWTH & INC TR | B | Dividend | | | Sold | 07/11/11 | K | A | |
| 97. BRIDGEPOINT EDUCATION INC | | None | | | Sold | 02/02/11 | K | | |
| 98. CME GROUP | A | Dividend | J | T | Buy | 11/23/11 | J | | |
| 99. CREXUS INVESTMENT CORP | A | Dividend | J | T | Buy | 09/22/11 | J | | |
| 100. DANAHER CORP | A | Dividend | J | T | Buy | 01/27/11 | K | | |
| 101. | | | | | Sold (part) | 12/16/11 | J | | |
| 102. EATON VANCE TAX MDG DIV EQU FD | A | Dividend | | | Buy | 07/11/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 09/27/11 | J | | |
| 104. GUGGENHEIM BUILD AMER BONDS | B | Dividend | | | Buy (add'l) | 01/05/11 | J | | |
| 105. | | | | | Sold (part) | 03/02/11 | J | A | |
| 106. | | | | | Sold (part) | 07/21/11 | J | B | |
| 107. | | | | | Sold | 08/05/11 | J | B | |
| 108. HALLIBURTON CO | | None | J | T | Buy | 12/08/11 | J | | |
| 109. ISHARES S&P MID CAP 400 GROWTH | A | Dividend | J | T | Buy | 10/05/11 | J | | |
| 110. KRAFT FOODS INC | A | Dividend | | | Sold | 02/10/11 | K | D | |
| 111. MARKET VECTORS BRAZIL SM-CAP | A | Dividend | J | T | Buy | 12/02/11 | J | | |
| 112. METLIFE INCORP | | None | | | Buy | 03/03/11 | K | | |
| 113. | | | | | Sold | 09/06/11 | J | | |
| 114. NFJ DIVIDEND INT & PRE STRGY | B | Dividend | K | T | Buy | 01/05/11 | K | | |
| 115. NORTHSTAR REALTY FIN CORP | A | Dividend | | | Buy | 05/12/11 | K | | |
| 116. | | | | | Sold (part) | 08/17/11 | J | | |
| 117. | | | | | Sold | 08/22/11 | J | | |
| 118. PHILIP MORRIS | B | Dividend | K | T | Sold (part) | 02/09/11 | K | E | |
| 119. | | | | | Sold (part) | 03/17/11 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/16/11 | J | D | |
| 121. PROSPECT CAPITAL CORP | A | Dividend | J | T | Buy | 09/22/11 | J | | |
| 122. QUALCOMM INC | | None | J | T | Buy | 12/16/11 | J | | |
| 123. RALCORP HOLDINGS INC | | None | | | Sold | 01/05/11 | J | B | |
| 124. SANDRIDGE ENERGY INC | | None | J | T | Buy | 10/06/11 | J | | |
| 125. SCHLUMBERGER LTD | A | Dividend | J | T | Buy | 03/11/11 | K | | |
| 126. | | | | | Buy (add'l) | 03/15/11 | J | | |
| 127. | | | | | Sold (part) | 12/08/11 | J | | |
| 128. SOLAR CAPITAL LTD | B | Dividend | J | T | Buy | 01/20/11 | K | | |
| 129. | | | | | Sold (part) | 11/11/11 | J | | |
| 130. SPDR S&P BANK ETF | A | Dividend | K | T | Buy | 02/25/11 | K | | |
| 131. | | | | | Buy (add'l) | 07/21/11 | J | | |
| 132. SPDR S&P INSURANCE ETF | A | Dividend | J | T | Buy | 07/21/11 | J | | |
| 133. STARWOOD PROPERTY TRUST INC | A | Dividend | K | T | Buy | 08/05/11 | K | | |
| 134. TETRAGON FINL GRP LTD | A | Dividend | | | Buy | 01/03/11 | K | | |
| 135. | | | | | Sold (part) | 08/23/11 | J | A | |
| 136. | | | | | Sold (part) | 08/29/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 08/31/11 | J | A | |
| 138. | | | | | Sold (part) | 09/01/11 | J | A | |
| 139. | | | | | Sold | 09/02/11 | J | A | |
| 140. TEVA PHARMACEUTICALS ADR | | None | J | T | Buy | 12/16/11 | J | | |
| 141. UNITED TECHNOLOGIES CORP | | None | J | T | Buy | 12/16/11 | J | | |
| 142. VANGUARD DIVIDEND APPRECIATION | A | Dividend | K | T | | | | | |
| 143. VANGUARD INFO TECH ETF | A | Dividend | J | T | Buy | 09/22/11 | J | | |
| 144. VANGUARD MSCI EMERGING MARKETS | A | Dividend | K | T | Buy | 02/16/11 | K | | |
| 145. VANGUARD REIT ETF | A | Dividend | J | T | Buy | 10/05/11 | J | | |
| 146. WAL MART STORES INC | | None | | | Buy | 01/25/11 | K | | |
| 147. | | | | | Sold | 02/14/11 | K | | |
| 148. WISDOMTREE TR EMG MKTS SMCAP | A | Dividend | K | T | Buy | 02/16/11 | J | | |
| 149. | | | | | Buy (add'l) | 02/25/11 | J | | |
| 150. WISDOMTREE TR INDIA | | None | | | Buy | 02/11/11 | J | | |
| 151. | | | | | Sold | 05/11/11 | J | A | |
| 152. YUM BRANDS INC | A | Dividend | K | T | Buy | 02/25/11 | K | | |
| 153. | | | | | Sold (part) | 12/16/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ADDITIONAL COMMON STOCKS (NON-IRA) | | | | | | | | | |
| 155. REINSURANCE GROUP OF AMERICA | A | Dividend | | | Sold | 06/14/11 | M | E | |
| 156. ROCKWELL COLLINS | A | Dividend | L | T | Buy | 06/14/11 | L | | |
| 157. SONIC CORP | | None | P2 | T | Buy (add'l) | 01/14/11 | L | | |
| 158. THE TRAVELERS COS | C | Dividend | M | T | | | | | |
| 159. UNILEVER | C | Dividend | L | T | | | | | |
| 160. UNITED CONTINENTAL HL | | None | | | Sold | 08/03/11 | K | | |
| 161. UNITED PARCEL SERVICE | B | Dividend | L | T | | | | | |
| 162. UNUM GROUP | C | Dividend | M | T | | | | | |
| 163. VIACOM | A | Dividend | L | T | | | | | |
| 164. WALGREEN | E | Dividend | O | T | | | | | |
| 165. WALMART STORES | E | Dividend | P1 | T | Sold (part) | 02/17/11 | L | D | |
| 166. | | | | | Donated (part) | | | | |
| 167. | | | | | Donated (part) | | | | |
| 168. XEROX | B | Dividend | M | T | | | | | |
| 169. MLPS (LINES 170-203) (SEE NOTE 1 IN SECT VIII) | | | | | | | | | |
| 170. BUCKEYE PTNRS | | None | K | T | Buy | 01/28/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Distributed (part) | 02/28/11 | J | | |
| 172. | | | | | Distributed (part) | 05/31/11 | J | | |
| 173. | | | | | Distributed (part) | 08/31/11 | J | | |
| 174. | | | | | Distributed (part) | 11/30/11 | J | | |
| 175. EAGLE ROCK ENERGY PTNRS | None | | M | T | Distributed (part) | 02/14/11 | J | | |
| 176. | | | | | Distributed (part) | 05/13/11 | J | | |
| 177. | | | | | Distributed (part) | 08/12/11 | J | | |
| 178. | | | | | Distributed (part) | 11/14/11 | J | | |
| 179. ENERGY TRANS EQTY LP | None | | K | T | Distributed (part) | 02/18/11 | J | | |
| 180. | | | | | Distributed (part) | 05/13/11 | J | | |
| 181. | | | | | Distributed (part) | 08/19/11 | J | | |
| 182. | | | | | Distributed (part) | 11/18/11 | J | | |
| 183. ENTERPRISE GP/AKA ENTERPRISE PRODUCTS PRODUCTS LP | None | | M | T | Distributed (part) | 02/07/11 | J | | |
| 184. | | | | | Buy (add'l) | 03/18/11 | L | | |
| 185. | | | | | Distributed (part) | 05/06/11 | J | | |
| 186. | | | | | Distributed (part) | 08/10/11 | J | | |
| 187. | | | | | Distributed (part) | 11/09/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. MAGELLAN MIDSTREAM PARTNERS LP | | None | K | T | Distributed (part) | 02/14/11 | J | | |
| 189. | | | | | Distributed (part) | 05/13/11 | J | | |
| 190. | | | | | Distributed (part) | 08/12/11 | J | | |
| 191. | | | | | Distributed (part) | 11/14/11 | J | | |
| 192. MARKWEST ENERGY PARTNERS LP | A | Distribution | K | T | Distributed (part) | 02/14/11 | J | | |
| 193. | | | | | Distributed (part) | 05/13/11 | J | | |
| 194. | | | | | Distributed (part) | 08/12/11 | J | | |
| 195. | | | | | Distributed (part) | 11/14/11 | J | | |
| 196. REGENCY ENERGY PTNRS LP | | None | M | T | Distributed (part) | 02/14/11 | J | | |
| 197. | | | | | Distributed (part) | 05/13/11 | J | | |
| 198. | | | | | Distributed (part) | 08/12/11 | J | | |
| 199. | | | | | Distributed (part) | 11/14/11 | J | | |
| 200. WESTERN GAS PARTNERS | | None | K | T | Distributed (part) | 02/11/11 | J | | |
| 201. | | | | | Distributed (part) | 05/13/11 | J | | |
| 202. | | | | | Distributed (part) | 08/12/11 | J | | |
| 203. | | | | | Distributed (part) | 11/10/11 | J | | |
| 204. CASH/S/T INVESTS/MM ACCTS (LINES 205-221) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. GOLDMAN SACHS FINANCIAL SQUARE MM/CASH | A | Interest | N | T | | | | | |
| 206. GOLDMAN SACHS BANK DEPOSIT/ CASH #2 | A | Interest | K | T | | | | | |
| 207. CITIBANK CHECKING ACCOUNT - FOUNDATION | | None | K | T | | | | | |
| 208. CITIBANK INTEREST CHECKING ACCOUNT #1 | A | Interest | K | T | | | | | |
| 209. MORGAN STANLEY BANK/TRUST DEPOSITS #1 | A | Interest | M | T | | | | | |
| 210. CITIBANK CHECKING ACCOUNT | | None | L | T | | | | | |
| 211. CITIBANK ASSET ACCOUNT | | None | J | T | | | | | |
| 212. CITIBANK MONEY MARKET PLUS | D | Interest | P1 | T | | | | | |
| 213. CITIBANK INTEREST CHECKING ACCOUNT #2 | A | Interest | J | T | | | | | |
| 214. STATE STREET INST LIQUID RESERVES MM/CASH | A | Dividend | L | T | | | | | |
| 215. BARCLAYS CASH (SEE NOTE 8 IN SECT VIII) | A | Interest | J | T | | | | | |
| 216. UBS BANK USA DEPOSIT ACCOUNT | A | Interest | | | Closed | 12/16/11 | K | | |
| 217. CGMI BANK DEPOSIT PROGRAM | B | Interest | P1 | T | | | | | |
| 218. MORGAN STANLEY BANK/TRUST DEPOSITS #2 | A | Interest | K | T | | | | | |
| 219. MORGAN STANLEY BANK/TRUST DEPOSITS #3 | A | Interest | K | T | | | | | |
| 220. MORGAN STANLEY BANK/TRUST DEPOSITS #4 | | None | | | Closed | 01/05/11 | J | | |
| 221. OCA WESLEY MORTGAGE REIT | G | Distribution | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  FOUNDATION BROKERAGE ACCOUNT #1 (LINES 223-224) | | | | | | | | | |
| 223.  WAL MART STORES INC COMMON STOCK (X) | | None | | | Sold | 05/25/11 | M | | |
| 224.  WAL MART STORES INC COMMON STOCK (X) | | None | | | Sold | 08/23/11 | L | | |
| 225.  FOUNDATION BROKERAGE ACCOUNT #2 (FKA #4) (LINES 226-359) | | | | | | | | | |
| 226.  MORGAN STANLEY BANK/TRUST #1 (CASH/MM) | A | Interest | J | T | | | | | |
| 227.  MORGAN STANLEY BANK/TRUST #2 (CASH/MM) | A | Interest | L | T | | | | | |
| 228.  COMMON STOCKS AND FUNDS (LINES 229-349) | | | | | | | | | |
| 229.  AERCAP HOLDINGS N.V. | | None | | | Sold | 10/05/11 | K | | |
| 230.  AMERICAN EXPRESS CO | | None | K | T | Buy | 11/16/11 | K | | |
| 231.  ANNALY CAPITAL MGMT INC | D | Dividend | K | T | Buy | 02/16/11 | L | | |
| 232. | | | | | Sold (part) | 12/23/11 | K | | |
| 233.  APOLLO INVESTMENT CORP | B | Dividend | K | T | Buy | 12/22/11 | K | | |
| 234.  AVENUE INCOME CREDIT | C | Dividend | L | T | Buy | 03/29/11 | K | | |
| 235. | | | | | Buy (add'l) | 07/27/11 | K | | |
| 236. | | | | | Buy (add'l) | 11/11/11 | J | | |
| 237. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 238.  BANK OF AMERICA | A | Dividend | | | Buy (add'l) | 01/03/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 18 of 48

Name of Person Reporting

Wood, Kimba M.

Date of Report

5/15/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Sold | 08/08/11 | K | | |
| 240. BLACKROCK INTL GROWTH AND INC TR | D | Dividend | | | Buy (add'l) | 01/03/11 | K | | |
| 241. | | | | | Sold | 07/11/11 | L | | |
| 242. BRIDGEPOINT EDUCATION INC | | None | | | Sold | 02/02/11 | L | E | |
| 243. CDC SOFTWARE CORP | | None | | | Sold (part) | 09/16/11 | J | | |
| 244. | | | | | Sold (part) | 09/19/11 | J | | |
| 245. | | | | | Sold | 12/15/11 | J | | |
| 246. CHINACAST EDUCATION CORP | | None | | | Buy | 07/25/11 | K | | |
| 247. | | | | | Sold (part) | 10/03/11 | J | | |
| 248. | | | | | Sold | 10/04/11 | J | | |
| 249. CIT GROUP | | None | | | Sold | 10/05/11 | K | | |
| 250. CME GROUP INC | A | Dividend | L | T | Buy | 11/23/11 | K | | |
| 251. CREXUS INVESTMENT CORP | C | Dividend | L | T | Buy | 03/29/11 | L | | |
| 252. | | | | | Buy (add'l) | 06/07/11 | K | | |
| 253. | | | | | Sold (part) | 12/23/11 | K | | |
| 254. DANAHER CORP | A | Dividend | K | T | | | | | |
| 255. DEVON ENERGY CORP | A | Dividend | | | Sold (part) | 03/28/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 11/30/11 | K | | |
| 257. EATON VANCE TAX MGD DIV EQU FUND | B | Dividend | L | T | Buy | 07/11/11 | L | | |
| 258. | | | | | Sold | 09/27/11 | L | | |
| 259. | | | | | Buy | 12/02/11 | L | | |
| 260. EMERGING MKT ENERGY TITANS INDX | A | Dividend | | | Sold | 12/02/11 | K | A | |
| 261. EMERGING MKT METAL & MINING TITAN | A | Dividend | | | Sold | 12/02/11 | K | | |
| 262. ENERGY SEL SECT SPDR FD | A | Dividend | K | T | Buy | 03/11/11 | K | | |
| 263. GENERAL MOTORS CO | | None | | | Buy | 02/16/11 | K | | |
| 264. | | | | | Sold | 08/11/11 | K | | |
| 265. GUGGENHEIM BUILD AMER BOND FUND | B | Dividend | | | Sold | 07/26/11 | K | C | |
| 266. HALLIBURTON CO | | None | K | T | Buy (add'l) | 12/08/11 | K | | |
| 267. | | | | | Sold (part) | 01/05/11 | K | E | |
| 268. HONEYWELL INTERNATIONAL INC | A | Dividend | | | Sold | 05/19/11 | K | D | |
| 269. INTERNATIONAL BUSINESS MACHINES CORP | A | Dividend | L | T | | | | | |
| 270. ISHARES IBOXX $ H/Y CORP BOND FUND | B | Dividend | | | Sold (part) | 01/03/11 | K | A | |
| 271. | | | | | Sold (part) | 01/25/11 | K | B | |
| 272. | | | | | Sold (part) | 02/16/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 03/28/11 | K | B | |
| 274. | | | | | Sold | 05/19/11 | K | B | |
| 275. ISHARES JP MORGAN EM BOND FUND | A | Dividend | | | Sold | 01/13/11 | K | B | |
| 276. ISHARES MSCI CANADA INDEX FUND | | None | | | Sold | 05/19/11 | L | D | |
| 277. ISHARES MSCI PAC EX-JPN INDEX | A | Dividend | | | Sold | 12/02/11 | K | | |
| 278. ISHARES S&P 500 GROWTH INDEX | A | Dividend | | | Sold | 12/02/11 | K | D | |
| 279. ISHARES S&P 500 VALUE INDEX | A | Dividend | | | Sold | 12/02/11 | K | C | |
| 280. ISHARES S&P MID CAP 400 GROWTH | A | Dividend | K | T | Buy | 10/05/11 | K | | |
| 281. ISHARES S&P MIDCAP 400 INDEX | A | Dividend | K | T | | | | | |
| 282. ISHARES SP SMALL CAP 600 INDEX FUND | | None | | | Sold | 03/23/11 | K | D | |
| 283. ISHARES TR MSCI SMALL CAP FUND | A | Dividend | | | Sold | 12/02/11 | K | | |
| 284. JP MORGAN CHASE | A | Dividend | | | Sold | 11/30/11 | K | | |
| 285. KRAFT FOODS INC | A | Dividend | | | Sold | 02/10/11 | K | C | |
| 286. MARKET VECTORS AGRIBUS ETF | A | Dividend | L | T | Buy | 10/10/11 | L | | |
| 287. MARKET VECTORS BRAZIL SM-CAP | C | Dividend | K | T | Buy (add'l) | 12/02/11 | K | | |
| 288. | | | | | Sold (part) | 08/04/11 | K | | |
| 289. MARKET VECTORS RUSSIA ETF | | None | | | Sold | 12/02/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. MASTERCARD | A | Dividend | | | Sold | 06/16/11 | K | D | |
| 291. METLIFE INC | | None | | | Buy (add'l) | 03/03/11 | L | | |
| 292. | | | | | Sold | 09/06/11 | L | | |
| 293. NFJ DIVIDEND INT & PRE STRGY | C | Dividend | K | T | | | | | |
| 294. NORTHSTAR REALTY FIN CORP | C | Dividend | | | Buy | 05/12/11 | L | | |
| 295. | | | | | Sold | 08/23/11 | L | | |
| 296. NUVEEN BUILD AMERICAN BOND FUND | B | Dividend | | | Sold (part) | 03/02/11 | K | | |
| 297. | | | | | Sold (part) | 03/28/11 | K | | |
| 298. | | | | | Sold | 07/27/11 | K | | |
| 299. ORACLE CORP | A | Dividend | | | Sold | 05/06/11 | L | E | |
| 300. PFIZER INC | A | Dividend | | | Sold | 03/29/11 | K | D | |
| 301. PROSPECT CAPITAL CORP | C | Dividend | L | T | Buy | 09/22/11 | L | | |
| 302. PRUDENTIAL FINANCIAL INC | | None | | | Sold | 03/29/11 | K | D | |
| 303. QUALCOMM INC | | None | K | T | Buy | 12/23/11 | K | | |
| 304. ROCK TENN CO CL A | A | Dividend | | | Buy | 05/20/11 | L | | |
| 305. | | | | | Sold | 09/06/11 | K | | |
| 306. SANDRIDGE ENERGY INC | | None | K | T | Buy | 10/06/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. SCHLUMBERGER LTD | A | Dividend | K | T | Buy (add'l) | 03/15/11 | K | | |
| 308. | | | | | Buy (add'l) | 05/06/11 | K | | |
| 309. | | | | | Sold (part) | 12/08/11 | K | | |
| 310. SEADRILL LTD | C | Dividend | K | T | | | | | |
| 311. SOLAR CAPITAL LTD | D | Dividend | L | T | Sold (part) | 11/11/11 | J | B | |
| 312. SPDR S&P BANK ETF (FKA KBW BANK ETF) | A | Dividend | K | T | | | | | |
| 313. SPDR S&P DIVIDEND | A | Dividend | | | Sold | 07/25/11 | L | D | |
| 314. SPDR S&P EMERGING ASIA PACIFIC | B | Dividend | K | T | Buy (add'l) | 12/02/11 | K | | |
| 315. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | L | T | Buy (add'l) | 12/02/11 | K | | |
| 316. STARWOOD PROPERTY TRUST INC | D | Dividend | L | T | Sold (part) | 03/28/11 | K | D | |
| 317. | | | | | Buy (add'l) | 06/07/11 | K | | |
| 318. | | | | | Buy (add'l) | 06/28/11 | K | | |
| 319. | | | | | Buy (add'l) | 08/02/11 | K | | |
| 320. | | | | | Sold (part) | 12/22/11 | K | C | |
| 321. TETRAGON FINL GP LTD | C | Dividend | | | Buy | 01/03/11 | K | | |
| 322. | | | | | Buy (add'l) | 01/14/11 | K | | |
| 323. | | | | | Sold (part) | 08/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Sold (part) | 08/29/11 | K | B | |
| 325. | | | | | Sold (part) | 08/31/11 | J | A | |
| 326. | | | | | Sold (part) | 09/01/11 | J | A | |
| 327. | | | | | Sold | 09/02/11 | J | A | |
| 328. TEVA PHARMACEUTICALS ADR | A | Dividend | K | T | Buy | 05/19/11 | K | | |
| 329. TEXTAINER GROUP HOLDINGS LTD | A | Dividend | K | T | Buy | 08/09/11 | K | | |
| 330. VANGUARD DIVIDEND APPRECIATION | A | Dividend | L | T | Buy | 12/02/11 | L | | |
| 331. VANGUARD EMRG MKTS ETF | C | Dividend | M | T | | | | | |
| 332. VANGUARD EUROPEAN ETF | | None | | | Sold | 08/04/11 | K | | |
| 333. VANGUARD INFO TECH ETF | A | Dividend | K | T | Buy | 09/22/11 | K | | |
| 334. VANGUARD REIT ETF | A | Dividend | K | T | Buy | 10/05/11 | K | | |
| 335. VISA INC | A | Dividend | | | Sold | 07/22/11 | K | D | |
| 336. VISTEON CORP | | None | | | Buy (add'l) | 01/11/11 | K | | |
| 337. | | | | | Sold | 03/09/11 | L | | |
| 338. WAL MART STORES INC | | None | | | Buy | 01/25/11 | K | | |
| 339. | | | | | Sold | 02/14/11 | K | | |
| 340. WEATHERFORD INTL LTD | | None | L | T | Buy | 07/22/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Buy (add'l) | 07/25/11 | K | | |
| 342. WELLS FARGO & CO | A | Dividend | K | T | | | | | |
| 343. WISDOMTREE TRUST EMRG MKT EQT | A | Dividend | L | T | Buy | 12/02/11 | L | | |
| 344. WISDOMTREE TRUST INDIA | | None | | | Buy | 02/11/11 | K | | |
| 345. | | | | | Sold | 05/11/11 | K | B | |
| 346. XUEDA EDUCATION GROUP SPON ADR | | None | | | Buy | 08/18/11 | K | | |
| 347. | | | | | Sold (part) | 10/03/11 | J | | |
| 348. | | | | | Sold | 10/04/11 | J | | |
| 349. YUM BRANDS INC | A | Dividend | L | T | Buy | 02/16/11 | L | | |
| 350. OPTIONS (LINES 351-359) (SEE NOTE 3 IN SECTION VIII) | | | | | | | | | |
| 351. HALLIBURTON CO | | None | | | Buy | 01/11/11 | J | | |
| 352. HONEYWELL INTERNATIONAL | | None | | | Buy | 01/19/11 | J | | |
| 353. | | | | | Buy (add'l) | 01/21/11 | J | | |
| 354. KRAFT FOODS | | None | | | Expired | 01/24/11 | J | A | |
| 355. MASTERCARD INC | | None | | | Expired | 01/24/11 | J | A | |
| 356. MET LIFE INC | | None | | | Buy | 01/19/11 | J | | |
| 357. JP MORGAN CHASE & CO | | None | | | Buy | 01/19/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. ORACLE CORP | | None | | | Buy | 01/19/11 | J | | |
| 359. PFIZER INC | | None | | | Buy | 01/19/11 | J | A | |
| 360. NON-PUBLICS (SEE NOTES 5 & 7 IN SECT VIII) (LINES 361-512) | | | | | | | | | |
| 361. ARIZONA SNOWBOWL (SEE NOTE 1 IN SECT VIII) | E | Distribution | N | W | Distributed (part) | 04/15/11 | J | | |
| 362. ENTERTAINMENT ACQUISITION (SEE NOTES 1 & 4 IN SECTION VIII) | D | Distribution | | | | | | | |
| 363. CENTERBRIDGE CREDIT PARTNERS (SEE NOTE 1 IN SECTION VIII) | E | Distribution | P1 | U | Buy | 09/30/11 | O | | |
| 364. TAMPA BAY RAYS (SEE NOTES 1 & 14 IN SECT VIII) | G | Distribution | N | W | | | | | |
| 365. FRESH DIRECT | | None | O | W | | | | | |
| 366. HARDING SERVICE, LLC (Y) | | | | | | | | | |
| 367. OFFIT CAPITAL ADVISORS (SEE NOTES 1 & 14 IN SECTION VIII) | | None | N | W | | | | | |
| 368. OPUS MEDIA PARTNERS (Y) | | | | | | | | | |
| 369. UNIVERSAL HOSPITAL SERVICES HOLDING CO | | None | M | W | | | | | |
| 370. GOLUB CAPITAL PARTNERS (SEE NOTE 9 IN SECTION VIII) | F | Distribution | P1 | U | Buy | 07/06/11 | P1 | | |
| 371. | | | | | Distributed (part) | 11/04/11 | K | | |
| 372. IRVING PLACE CAPITAL II (SEE NOTES 9 & 14 IN SECT VIII) | F | Distribution | M | W | Distributed (part) | 05/23/11 | K | | |
| 373. | | | | | Distributed (part) | 10/03/11 | L | | |
| 374. IRVING PLACE CAPITAL III (SEE NOTES 9 & 14 IN SECT VIII) | | None | P1 | W | Buy (add'l) | 03/25/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Distributed (part) | 08/01/11 | K | | |
| 376. | | | | | Distributed (part) | 08/02/11 | K | | |
| 377. | | | | | Distributed (part) | 08/23/11 | K | | |
| 378. BLACKSTONE REAL ESTATE PARTNERS (SEE NOTES 9&14 IN SECT VIII | G | Distribution | P2 | W | Buy (add'l) | 01/20/11 | K | | |
| 379. | | | | | Buy (add'l) | 03/16/11 | K | | |
| 380. | | | | | Distributed (part) | 03/18/11 | K | | |
| 381. | | | | | Buy (add'l) | 03/31/11 | K | | |
| 382. | | | | | Buy (add'l) | 05/04/11 | M | | |
| 383. | | | | | Distributed (part) | 05/06/11 | K | | |
| 384. | | | | | Distributed (part) | 06/13/11 | M | | |
| 385. | | | | | Buy (add'l) | 06/23/11 | O | | |
| 386. | | | | | Buy (add'l) | 07/05/11 | K | | |
| 387. | | | | | Buy (add'l) | 07/21/11 | J | | |
| 388. | | | | | Distributed (part) | 08/03/11 | M | | |
| 389. | | | | | Buy (add'l) | 08/11/11 | K | | |
| 390. | | | | | Distributed (part) | 08/19/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. | | | | | Buy (add'l) | 08/22/11 | L | | |
| 392. | | | | | Buy (add'l) | 08/29/11 | M | | |
| 393. | | | | | Buy (add'l) | 09/07/11 | L | | |
| 394. | | | | | Distributed (part) | 09/13/11 | K | | |
| 395. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 396. | | | | | Distributed (part) | 11/18/11 | J | | |
| 397. | | | | | Buy (add'l) | 12/13/11 | L | | |
| 398. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 399. CENTERVIEW CAPITAL (SEE NOTES 10 & 14 IN SECT VIII) | A | Distribution | | | | | | | |
| 400. DEL MONTE (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 01/25/11 | L | | |
| 401. | | | | | Buy (add'l) | 02/09/11 | N | | |
| 402. | | | | | Distributed (part) | 04/27/11 | L | | |
| 403. NIELSEN CO (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 404. RICHELIEU FOODS, INC (SEE NOTE 15 IN SECT VIII) | | None | N | W | Distributed (part) | 01/25/11 | L | | |
| 405. DYNA VOX (SEE NOTE 15 IN SECT VIII) | | None | N | W | Distributed (part) | 12/28/11 | J | | |
| 406. VESTAR CAPL PRTNRS/ASSOC III (SEE NOTES 10&14 IN SECT VIII) | C | Distribution | | | | | | | |
| 407. VESTAR CAPL PRTNRS/ASSC IV/AIV (SEE NOTES 10&14 IN SECT VIII | F | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 48

**Name of Person Reporting**

Wood, Kimba M.

**Date of Report**

5/15/2012

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 408. VESTAR CAP/ASSOC V (SEE NOTE 10 IN SECT VIII) | D | Distribution | | | | | | | |
| 409. CONSOLIDATED CONTAINER (SEE NOTE 15 IN SECT VIII) | | None | P1 | W | | | | | |
| 410. ST JOHNS KNITS (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 411. ARGO TECH (SEE NOTE 15 IN SECT VIII) | | None | K | W | | | | | |
| 412. AZ ELECTRONIC MATLS (SEE NOTE 15 IN SECT VIII) | B | Dividend | L | W | Sold (part) | 06/14/11 | M | F | |
| 413. | | | | | Sold (part) | 12/23/11 | L | F | |
| 414. BORDER MEDIA (SEE NOTE 15 IN SECT VIII) | | None | J | W | | | | | |
| 415. CCS INCOME TRUST (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 416. CESARE FIORUCCI (SEE NOT 15 IN SECT VIII) | | None | | | Sold | 05/23/11 | M | | Campofrio Food Group |
| 417. DEL MONTE (SEE NOTE 15 IN SECTION VIII) | | None | M | W | Buy | 02/09/11 | N | | |
| 418. | | | | | Distributed (part) | 06/20/11 | L | | |
| 419. DUFF & PHELPS (SEE NOTE 15 IN SECT VIII) | | None | N | W | Distributed (part) | 12/28/11 | K | | |
| 420. ESSENT HEALTHCARE (SEE NOTE 15 IN SECT VIII) | | None | | | Sold (part) | 11/14/11 | O | G | |
| 421. | | | | | Sold | 11/15/11 | J | D | Merged with RegionalCare |
| 422. GLEASON CORP (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 423. HEALTHGRADES (SEE NOTE 15 IN SECT VIII) | | None | M | W | Distributed (part) | 06/20/11 | K | | |
| 424. | | | | | Distributed (part) | 11/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. INHEALTH (SE NOTE 15 IN SECT VIII) | | None | J | W | | | | | |
| 426. THE SUN PRODUCTS CORP (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 427. MEDI-MEDIA (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 428. NATIONAL MENTOR HLDNGS (SEE NOTE 15 IN SECT VIII) | | None | L | W | | | | | |
| 429. OGF GROUP (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 430. PARTNER RE HLDNGS (SEE NOTE 15 IN SECT VIII) | A | Dividend | | | Sold (part) | 01/31/11 | K | | |
| 431. | | | | | Sold | 03/21/11 | L | E | |
| 432. PRESS GANEY (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 433. RADIATION THERAPY (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 434. SEVES SPA (SEE NOTE 15 IN SECT VIII) | | None | J | W | | | | | |
| 435. SOLO CUP CO (SEE NOTE 15 IN SECT VIII) | | None | P1 | W | | | | | |
| 436. SUNRISE MEDICAL (SEE NOTE 15 IN SECT VIII) | | None | O | W | Distributed (part) | 12/28/11 | K | E | |
| 437. DEVILBISS (SEE NOTE 2 IN SECTION VIII) | | None | M | W | | | | | |
| 438. SYMETRA FINANCIAL (SEE NOTE 15 IN SECT VIII) | D | Dividend | N | W | | | | | |
| 439. TRITON CONTAINER INTL (SEE NOTE 15 IN SECTION VIII) | | None | N | W | Buy | 04/15/11 | M | | |
| 440. | | | | | Buy (add'l) | 06/20/11 | K | | |
| 441. VALIDUS HLDGS (SEE NOTE 15 IN SECT VIII) | E | Dividend | | | Sold (part) | 05/23/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 48

Name of Person Reporting

Wood, Kimba M.

Date of Report

5/15/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. | | | | | Sold (part) | 05/24/11 | J | | |
| 443. | | | | | Sold (part) | 12/16/11 | O | G | |
| 444. | | | | | Sold (part) | 12/20/11 | J | D | |
| 445. | | | | | Sold | 12/28/11 | L | F | |
| 446. WILTON RE HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | P1 | W | | | | | |
| 447. FLAG VENTURE PARTNERS (SEE NOTES 9&14 IN SECT VIII) | F | Distribution | P1 | W | Distributed (part) | 01/18/11 | L | | |
| 448. | | | | | Distributed (part) | 03/30/11 | L | | |
| 449. | | | | | Distributed (part) | 05/06/11 | K | | |
| 450. | | | | | Distributed (part) | 07/07/11 | L | | |
| 451. | | | | | Distributed (part) | 07/27/11 | K | | |
| 452. | | | | | Distributed (part) | 09/21/11 | K | | |
| 453. | | | | | Distributed (part) | 10/19/11 | K | | |
| 454. | | | | | Buy (add'l) | 11/14/11 | K | | |
| 455. | | | | | Distributed (part) | 12/08/11 | L | | |
| 456. | | | | | Distributed (part) | 12/21/11 | K | | |
| 457. RAZOR'S EDGE FUND (SEE NOTE 9 IN SECT VIII) | | None | N | W | Buy | 08/11/11 | M | | |
| 458. | | | | | Distributed (part) | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 48

Name of Person Reporting

Wood, Kimba M.

Date of Report

5/15/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. | | | | | Buy (add'l) | 12/14/11 | N | | |
| 460. RED ABBEY (SEE NOTE 9 IN SECT VIII) | G | Distribution | M | W | Buy (add'l) | 07/12/11 | J | | |
| 461. | | | | | Distributed (part) | 07/12/11 | N | | |
| 462. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 463. | | | | | Distributed (part) | 11/09/11 | L | | |
| 464. SENTINEL CAPITAL II (SEE NOTES 10&14 IN SECT VIII) | | None | | | | | | | |
| 465. SENTINEL CAPITAL III (SEE NOTES 10 & 14 IN SECT VIII) | G | Distribution | | | | | | | |
| 466. SENTINEL CAPITAL IV (SEE NOTES 10 & 14 IN SECT VIII) | G | Distribution | | | Buy (add'l) | 04/04/11 | J | | |
| 467. | | | | | Buy (add'l) | 10/03/11 | K | | |
| 468. CHASE DOOR HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | None | M | W | Buy | 04/01/11 | M | | |
| 469. CHROMALOX (SEE NOTE 15 IN SECTION VIII) | | None | O | W | Buy | 01/03/11 | K | | |
| 470. | | | | | Buy (add'l) | 05/02/11 | M | | |
| 471. | | | | | Buy (add'l) | 06/23/11 | M | | |
| 472. CREDIT INFONET HOLDINGS (SEE NOTE 15 IN SECT VIII) | C | Interest | N | W | | | | | |
| 473. CRITICAL SOLUTIONS (SEE NOTE 15 IN SECTION VIII) | | None | N | W | Buy | 01/03/11 | K | | |
| 474. | | | | | Buy (add'l) | 04/01/11 | M | | |
| 475. | | | | | Buy (add'l) | 06/23/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 48

**Name of Person Reporting**

Wood, Kimba M.

**Date of Report**

5/15/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476. ENGINEERED CONTROLS (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 477. INSCAPE (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 478. INTERIM HEALTHCARE (SEE NOTE 15 IN SECT VIII) | | None | P1 | W | Distributed (part) | 10/12/11 | O | | |
| 479. LTI FLEXIBLE PRODUCTS (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 480. MADILL CORP (Y) | | | | | | | | | |
| 481. MASSAGE ENVY (SEE NOTE 15 IN SECT VIII) | | None | O | W | Distributed (part) | 01/03/11 | K | | |
| 482. | | | | | Distributed (part) | 04/01/11 | N | | |
| 483. | | | | | Distributed (part) | 10/03/11 | K | | |
| 484. MIDWEST WHOLESALE HARDWARE (SEE NOTE 15 IN SECT VIII) | | None | J | W | | | | | |
| 485. NATIONAL SPINE AND PAIN CENTERS (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 12/14/11 | N | | |
| 486. NORTH AMERICAN RESCUE (SEE NOTE 15 IN SECT VIII) | | None | M | W | Distributed (part) | 01/03/11 | J | | |
| 487. | | | | | Distributed (part) | 05/02/11 | M | | |
| 488. | | | | | Distributed (part) | 10/03/11 | K | | |
| 489. PRECISION PIPELINE SOLUTIONS (SEE NOTE 15 IN SECT VIII) | | None | L | W | | | | | |
| 490. SOUTHERN CALIFORNIA PIZZA CO (SEE NOTE 15 IN SECT VIII) | | None | O | W | Distributed (part) | 04/04/11 | N | | |
| 491. SPINRITE (SEE NOTE 15 IN SECT VIII) | | None | L | W | | | | | |
| 492. STRATEGIC PARTNERS (SEE NOTES 11 & 15 IN SECTION VIII) | | None | | | Distributed (part) | 06/23/11 | M | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 493. | | | | | Distributed | 08/29/11 | N | G | |
| 494. TRINITY CONSULTANTS HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | | | Sold | 11/30/11 | P1 | G | Gryphon Investors |
| 495. TRUSSBILT HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | L | W | | | | | |
| 496. VINTAGE HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 497. WELLSPRING PHARMACEUTICALS (SEE NOTE 15 IN SECTION VIII) | | None | N | W | Buy | 12/14/11 | N | | |
| 498. SCIENS CAPITAL (AKA ZILKHA) (SEE NOTE 9 IN SECT VIII) | | None | L | W | | | | | |
| 499. NORTHERN HELLENIC HOLDINGS (SEE NOTES 6,9&14 IN SECT VIII) | | None | N | V | | | | | |
| 500. PARK AVENUE PARTNERS (SEE NOTES 9&14 IN SECT VIII) | E | Distribution | O | W | Distributed (part) | 06/15/11 | J | | |
| 501. QUINTANA ENERGY PARTNERS (SEE NOTES 9&14 IN SECT VIII) | | None | O | W | Distributed (part) | 05/25/11 | K | | |
| 502. | | | | | Buy (add'l) | 05/25/11 | K | | |
| 503. NB CO-INVESTMENT PARTNERS (SEE NOTES 9&14 IN SECT VIII) | G | Distribution | P1 | W | Distributed (part) | 01/31/11 | L | | |
| 504. | | | | | Distributed (part) | 02/11/11 | M | | |
| 505. | | | | | Buy (add'l) | 02/11/11 | L | | |
| 506. | | | | | Buy (add'l) | 03/03/11 | L | | |
| 507. | | | | | Distributed (part) | 04/25/11 | K | | |
| 508. | | | | | Distributed (part) | 06/10/11 | L | | |
| 509. | | | | | Buy (add'l) | 06/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 34 of 48

Name of Person Reporting

Wood, Kimba M.

Date of Report

5/15/2012

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 510. | | | | | Buy (add'l) | 08/11/11 | K | | |
| 511. | | | | | Distributed (part) | 08/23/11 | K | | |
| 512. | | | | | Buy (add'l) | 09/12/11 | L | | |
| 513. OTHER INVESTMENTS/NOTES RECEIVABLES (LINES 514-551) | | | | | | | | | |
| 514. CHESAPEAKE PARTNERS (SEE NOTE 1 IN SECT VIII) | | None | P1 | U | | | | | |
| 515. FARALLON CAPITAL PARTNERS (SEE NOTES 1&14 IN SECT VIII) | F | Distribution | P1 | U | Redeemed (part) | 02/07/11 | J | | |
| 516. | | | | | Redeemed (part) | 03/08/11 | M | | |
| 517. | | | | | Redeemed (part) | 05/26/11 | K | | |
| 518. | | | | | Redeemed (part) | 07/28/11 | J | | |
| 519. | | | | | Redeemed (part) | 08/11/11 | M | | |
| 520. | | | | | Redeemed (part) | 10/26/11 | J | | |
| 521. | | | | | Redeemed (part) | 11/16/11 | K | | |
| 522. AXIOM INTERNATIONAL INVESTORS (SEE NOTE 1 IN SECT VIII) | G | Distribution | P1 | U | Redeemed (part) | 04/01/11 | P1 | | |
| 523. THE BLENHEIM FUND (SEE NOTE 1 IN SECT VIII) | | None | P1 | U | | | | | |
| 524. BREVAN HOWARD (SEE NOTE 1 IN SECT VIII) | G | Distribution | P1 | U | | | | | |
| 525. PAULSON ADVANTAGE (SEE NOTE 1 IN SECT VIII) | | None | P1 | U | | | | | |
| 526. SABRETOOTH ONSHORE FUND (SEE NOTE 1 IN SECT VIII) | | None | N | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527. WHALE ROCK FLAGSHIP FUND (SEE NOTE 1 IN SECT VIII) | | None | | | Redeemed (part) | 01/18/11 | P1 | | |
| 528. | | | | | Redeemed | 04/27/11 | L | | |
| 529. F. E. RICHARDSON & CO (SEE NOTES 1&13 IN SECT VIII) | | None | L | V | Buy (add'l) | 01/14/11 | K | | |
| 530. | | | | | Buy (add'l) | 01/20/11 | L | | |
| 531. | | | | | Buy (add'l) | 02/18/11 | K | | |
| 532. | | | | | Buy (add'l) | 03/18/11 | K | | |
| 533. | | | | | Buy (add'l) | 04/15/11 | K | | |
| 534. | | | | | Buy (add'l) | 05/05/11 | K | | |
| 535. | | | | | Buy (add'l) | 05/13/11 | K | | |
| 536. | | | | | Buy (add'l) | 05/27/11 | K | | |
| 537. | | | | | Buy (add'l) | 07/07/11 | K | | |
| 538. | | | | | Buy (add'l) | 08/11/11 | L | | |
| 539. | | | | | Buy (add'l) | 09/14/11 | K | | |
| 540. | | | | | Buy (add'l) | 10/14/11 | K | | |
| 541. | | | | | Buy (add'l) | 11/04/11 | K | | |
| 542. | | | | | Buy (add'l) | 12/02/11 | K | | |
| 543. | | | | | Buy (add'l) | 12/29/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 544. OP40 INC (SEE NOTE 5 IN SECT VIII) | | None | L | W | | | | | |
| 545. OSCAR S SCHAFER PARTNERS (SEE NOTE 1 IN SECT VIII) | D | Distribution | N | U | Redeemed (part) | 01/14/11 | O | | |
| 546. | | | | | Redeemed (part) | 03/24/11 | J | | |
| 547. | | | | | Redeemed (part) | 03/25/11 | L | | |
| 548. CCA ABSOLUTE RETURN MUNI FUND (SEE NOTE 1 IN SECT VIII) | E | Distribution | P1 | U | Buy | 03/01/11 | O | | |
| 549. QFR VICTORIA FUND | E | Distribution | P1 | U | Buy | 01/28/11 | P1 | | |
| 550. HAWK GROUP (SEE NOTE 5 IN SECT VIII) | | None | N | W | | | | | |
| 551. ELIZABETH REILLY, PERSONAL LOAN - NOTE RECEIVABLE | | None | K | U | Open | 11/14/11 | K | | |
| 552. TRUST #1 (LINES 552-561) | D | Int./Div. | O | T | | | | | |
| 553. ---GOLDMAN SACHS BANK DEPOSIT/ CASH #4 | | | | | | | | | |
| 554. ---ABBOTT LABORATORIES COMMON STOCK | | | | | | | | | |
| 555. ---AMERICA MOVIL COMMON STOCK | | | | | Sold (part) | 05/05/11 | L | C | |
| 556. ---BLACKROCK INC COMMON STOCK | | | | | | | | | |
| 557. ---GENERAL ELECTRIC CO COMMON STOCK | | | | | Sold | 09/12/11 | L | | |
| 558. ---JOHNSON & JOHNSON COMMON STOCK | | | | | | | | | |
| 559. ---KRAFT FOODS INC COMMON STOCK | | | | | | | | | |
| 560. ---SONIC CORP COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 48

Name of Person Reporting

Wood, Kimba M.

Date of Report

5/15/2012

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 561. ---WALGREEN CO COMMON STOCK | | | | | | | | | |
| 562. TRUST #1A (LINES 562-605) | A | Int./Div. | N | T | Open | 05/18/11 | M | | |
| 563. ---GOLDMAN SACHS BANK DEPOSITS/ CASH #4A | | | | | Open | 05/18/11 | M | | |
| 564. ---BUCKEYE PARTNERS (SEE NOTE 1 IN SECT VIII) | | | | | Buy | 05/18/11 | J | | |
| 565. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 566. | | | | | Distributed (part) | 08/31/11 | J | | |
| 567. | | | | | Distributed (part) | 11/30/11 | J | | |
| 568. ---CHESAPEAKE MIDSTREAM PRTNRS (SEE NOTE 1 IN SECT VIII) | | | | | Buy | 05/18/11 | J | | |
| 569. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 570. | | | | | Buy (add'l) | 05/26/11 | J | | |
| 571. | | | | | Buy (add'l) | 05/27/11 | J | | |
| 572. | | | | | Distributed (part) | 08/12/11 | J | | |
| 573. | | | | | Distributed (part) | 11/14/11 | J | | |
| 574. ---EL PASO PIPELINE PARTNERS (SEE NOTE 1 IN SECT VIII) | | | | | Buy | 05/18/11 | J | | |
| 575. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 576. | | | | | Buy (add'l) | 05/25/11 | J | | |
| 577. | | | | | Distributed (part) | 08/12/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 578. | | | | | Distributed (part) | 11/14/11 | J | | |
| 579. ---ENERGY TRANSFER EQUITY LP (SEE NOTE 1 IN SECT VIII) | | | | | Buy | 05/18/11 | J | | |
| 580. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 581. | | | | | Buy (add'l) | 05/25/11 | J | | |
| 582. | | | | | Distributed (part) | 08/19/11 | J | | |
| 583. | | | | | Distributed (part) | 11/18/11 | J | | |
| 584. ---ENTERPRISE PRODUCTS PART LP (SEE NOTE 1 IN SECT VIII) | | | | | Buy | 05/18/11 | J | | |
| 585. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 586. | | | | | Distributed (part) | 08/10/11 | J | | |
| 587. | | | | | Distributed (part) | 11/09/11 | J | | |
| 588. ---MAGELLAN MIDSTREAM PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | | | | Buy | 05/18/11 | J | | |
| 589. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 590. | | | | | Distributed (part) | 08/12/11 | J | | |
| 591. | | | | | Distributed (part) | 11/14/11 | J | | |
| 592. ---MARKWEST ENERGY PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | | | | Buy | 05/18/11 | J | | |
| 593. | | | | | Buy (add'l) | 05/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 594. | | | | | Distributed (part) | 08/12/11 | J | | |
| 595. | | | | | Distributed (part) | 11/14/11 | J | | |
| 596. ---PLAINS ALL AMERICAN PIPELINE LP (SEE NOTE 1 IN SECT VIII) | | | | | Buy | 05/18/11 | J | | |
| 597. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 598. | | | | | Distributed (part) | 08/12/11 | J | | |
| 599. | | | | | Distributed (part) | 11/14/11 | J | | |
| 600. ---TEEKAY OFFSHORE PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | | | | Buy | 05/18/11 | J | | |
| 601. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 602. ---WILLIAMS PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | | | | Buy | 05/18/11 | J | | |
| 603. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 604. | | | | | Distributed (part) | 08/12/11 | J | | |
| 605. | | | | | Distributed (part) | 11/14/11 | J | | |
| 606. TRUST #2 (LINES 606-618) | D | Int./Div. | M | T | | | | | |
| 607. ---BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 608. ---PRUDENTIAL JENNISON 20/20 FOCUS FUND (MUTUAL FUND) | | | | | | | | | |
| 609. ---BLACKROCK EQUITY DIVIDEND INST CLASS FUND | | | | | | | | | |
| 610. ---CALAMOS GROWTH FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 611. ---EAGLE SMALL CAP GROWTH FUND | | | | | | | | | |
| 612. ---ISHARES BARCLAYS TR US TIP ETF | | | | | | | | | |
| 613. ---ISHARES TR MSCI EMERGING MKTS INDEX FD ETF | | | | | | | | | |
| 614. ---ISHARES MSCI EAFE INDEX FUND ETF | | | | | | | | | |
| 615. ---ISHARES S&P NATIONAL MUNI BOND FUND | | | | | | | | | |
| 616. ---IVY GLOBAL NATURAL RESOURCES FD | | | | | | | | | |
| 617. ---T ROWE PRICE INTL FD INC INTL BOND FUND | | | | | | | | | |
| 618. ---SPDR BARCLAYS CAP HIGH YIELD BOND ETF | | | | | | | | | |
| 619. TRUST #3 (LINES 619-700) | D | Int./Div. | N | T | | | | | |
| 620. ---BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 621. ---COOPER INDUSTRIES COMMON STOCK | | | | | | | | | |
| 622. ---COVIDIEN PLC COMMON STOCK | | | | | | | | | |
| 623. ---NOBLE CORP COMMON STOCK | | | | | | | | | |
| 624. ---AT&T INC COMMON STOCK | | | | | | | | | |
| 625. ---ALLERGAN INC COMMON STOCK | | | | | | | | | |
| 626. ---AMERICAN ELECTRIC POWER INC COMMON STOCK | | | | | | | | | |
| 627. ---AMERICAN EXPRESS CO COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 628. ---AMERICAN TOWER CORP COMMON STOCK | | | | | | | | | |
| 629. ---AMERISOURCEBERGEN CORP COMMON STOCK | | | | | | | | | |
| 630. ---AMERIPRISE FINANCIAL INC COMMON STOCK | | | | | | | | | |
| 631. ---AMGEN INC COMMON STOCK | | | | | | | | | |
| 632. ---APACHE CORP COMMON STOCK | | | | | | | | | |
| 633. ---APPLE INC COMMON STOCK | | | | | | | | | |
| 634. ---BARON SMALL CAP MUTUAL FUND | | | | | | | | | |
| 635. ---BAXTER INTERNATIONAL INC COMMON STOCK | | | | | | | | | |
| 636. ---BROADCOM CORP COMMON STOCK | | | | | | | | | |
| 637. ---CAPITAL ONE FINANCIAL CORP COMMON STOCK | | | | | | | | | |
| 638. ---CELANESE CORP COMMON STOCK | | | | | | | | | |
| 639. ---CHUBB CORP COMMON STOCK | | | | | | | | | |
| 640. ---CISCO SYSTEMS INC COMMON STOCK | | | | | | | | | |
| 641. ---COACH INC COMMON STOCK | | | | | | | | | |
| 642. ---CUMMINS INC COMMON STOCK | | | | | | | | | |
| 643. ---DOLBY LABORATORIES INC COMMON STOCK | | | | | | | | | |
| 644. ---DOLLAR TREE INC COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 645. ---EMC CORP COMMON STOCK | | | | | | | | | |
| 646. ---EAGLE SMALL CAP GROWTH MUTUAL FUND | | | | | | | | | |
| 647. ---EBAY INC COMMON STOCK | | | | | | | | | |
| 648. ---EXXON MOBIL CORP COMMON STOCK | | | | | | | | | |
| 649. ---FEDEX CORPORATION COMMON STOCK | | | | | | | | | |
| 650. ---FORD MOTOR COMPANY COMMON STOCK | | | | | | | | | |
| 651. ---FRANKLIN RESOURCES INC COMMON STOCK | | | | | | | | | |
| 652. ---FREEPORT MCMORAN COPPER & GOLD INC COMMON STK | | | | | | | | | |
| 653. ---GENERAL ELECTRIC CO COMMON STOCK | | | | | | | | | |
| 654. ---GENERAL MILLS INC COMMON STOCK | | | | | | | | | |
| 655. ---GOLDMAN SACHS GROUP INC COMMON STOCK | | | | | | | | | |
| 656. ---GOOGLE INC COMMON STOCK | | | | | | | | | |
| 657. ---GRAINGER WW INC COMMON STOCK | | | | | | | | | |
| 658. ---HARBOR INTERNATIONAL MUTUAL FUND | | | | | | | | | |
| 659. ---ILLINOIS TOOL WORKS INC COMMON STOCK | | | | | | | | | |
| 660. ---INTEL CORP COMMON STOCK | | | | | | | | | |
| 661. ---IBM CORP COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 662. ---ISHARES BARCLAYS TR US TIP ETF | | | | | | | | | |
| 663. ---ISHARES TR MSCI EMERGING MKTS INDEX FD ETF | | | | | | | | | |
| 664. ---ISHARES MSCI EAFE INDEX FUND ETF | | | | | | | | | |
| 665. ---ISHARES TR S&P MIDCAP 400 INDEX FD ETF | | | | | | | | | |
| 666. ---ISHARES S&P NATIONAL AMT-FREE MUNI BOND FUND | | | | | | | | | |
| 667. ---IVY GLBL NATURAL RESOURCES MUTUAL FUND | | | | | | | | | |
| 668. ---JP MORGAN CHASE & CO COMMON STOCK | | | | | | | | | |
| 669. ---JOHNSON & JOHNSON COMMON STOCK | | | | | | | | | |
| 670. ---JOHNSON CONTROLS INC COMMON STOCK | | | | | | | | | |
| 671. ---KOHLS CORP COMMON STOCK | | | | | | | | | |
| 672. ---LAUDER ESTEE COS INC COMMON STOCK | | | | | | | | | |
| 673. ---MEDCO HEALTH SOLUTIONS INC COMMON STOCK | | | | | | | | | |
| 674. ---MERCK & CO INC COMMON STOCK | | | | | | | | | |
| 675. ---METLIFE INC COMMON STOCK | | | | | | | | | |
| 676. ---MICROSOFT CORP COMMON STOCK | | | | | | | | | |
| 677. ---NEWS CORP COMMON STOCK | | | | | | | | | |
| 678. ---OCCIDENTAL PETROLEUM CORP COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 679. ---ORACLE CORP COMMON STOCK | | | | | | | | | |
| 680. ---PEPSICO INC COMMON STOCK | | | | | | | | | |
| 681. ---PFIZER INC COMMON STOCK | | | | | | | | | |
| 682. ---PRICE T ROWE GROUP INC COMMON STOCK | | | | | | | | | |
| 683. ---PROCTER & GAMBLE CO COMMON STOCK | | | | | | | | | |
| 684. ---ROCKWELL AUTOMATION INC COMMON STOCK | | | | | | | | | |
| 685. ---ROSS STORES INC COMMON STOCK | | | | | | | | | |
| 686. ---T ROWE PRICE INTL FD INC MUTUAL FUND | | | | | | | | | |
| 687. ---SPDR BARCLAYS CAP HIGH YIELD BD ETF | | | | | | | | | |
| 688. ---SCHLUMBERGER LTD COMMON STOCK | | | | | | | | | |
| 689. ---SCRIPPS NETWORKS INTERAC COMMON STOCK | | | | | | | | | |
| 690. ---JM SMUCKER CO COMMON STOCK | | | | | | | | | |
| 691. ---TALISMAN ENERGY INC COMMON STOCK | | | | | | | | | |
| 692. ---3M COMPANY COMMON STOCK | | | | | | | | | |
| 693. ---US BANCORP DEL COMMON STOCK | | | | | | | | | |
| 694. ---UNITED TECHNOLOGIES CORP COMMON STOCK | | | | | | | | | |
| 695. ---UNITEDHEALTH GROUP INC COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 696. ---VIACOM INC COMMON STOCK | | | | | | | | | |
| 697. ---WAL-MART STORES INC COMMON STOCK | | | | | | | | | |
| 698. ---WELLS FARGO & CO COMMON STOCK | | | | | | | | | |
| 699. ---WILLIAMS COMPANIES INC COMMON STOCK | | | | | | | | | |
| 700. ---WISCONSIN ENERGY CORP COMMON STOCK | | | | | | | | | |
| 701. RENTAL PROPERTY - NEW YORK, NY (6/15/2005 $850,000) | E | Rent | O | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ALL FOOTNOTES RELATE TO SECTION VII

NOTE 1:
If there was either a partial withdrawal or no withdrawal from this S corporation or limited partnership during the reporting year, all K-1 activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B.(1) was left blank and "None" was included in Column B.(2).

If the S Corporation or limited partnership interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution."

Both of the above approaches were obtained from Mr. George Reynolds, Financial Disclsoure Examiner.

NOTE 2:
DeVILLBIS was spun off from Sunrise Medical (Line 436) in April, 2010. On the reporting family's books, though, the spin off was not recorded until 2011. Therefore, on the reporting family's balance sheet at 12/31/10 and hence the 2010 Financial Disclosure Report (FDR) the values of both companies were reported together. Per ▮▮▮▮ Financial Disclosure Examiner, there is no need to amend the prior year FDR for this inadvertent omission.

NOTE 3:
For the options, all contracts were opened (sold short) in 2010. The activity in 2011 was either the close or the expiration of the contracts. In either case, there is no year end value reported because the contracts were completed in 2011. Most contracts sustained a loss. For the few that didn't, the gains are reported.

NOTE 4:
This asset had no value on the books as of the end of the year. Therefore, there is no value code reported in Column C.(1). However, there was reportable income sourced from this investment, via either a K-1 or other document, that was over the threshold level. Therefore, the asset is reportable.

NOTE 5:
There are many investments in non-public companies. The estimated market values used for all such investments, unless otherwise noted, are beased upon the current knowledge of the worth of such companies, discussions with the companies' management and company issued reports.

NOTE 6:
Either the Ending Capital Acocunt value from the entity's 2011 K-1, or an estimate of the same, was used to determine its year-end value code for Column C.(1).

NOTE 7:
For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income is listed instead of "None." If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Columns B.(1) and both types of income are noted in Column B.(2).

NOTE 8:
Neither the income nor the cash balance at year end met the threshold for reporting. However, since the cash account is associated with a reportable investment that is listed separately on this report, the account is deemed reportable.

NOTE 9:
There is a limited partnership interest in this entity. Since neither the filer no▮ ▮▮▮▮ "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or proeprty owned by the entity," Financial Disclosure Filing Instructions, Page 35, the assets held by the partnership are not reportable.

If the partnership had a capital call for an investment in a specific company, "Buy (add'l)" is noted. The name of the underlying company is not listed. Further, if the partnership either returend capital or sold one of its investments and returned funds to the reporting family, "Distributed (part)" is listed in Column D.(1). Neither the name of the underlying company nor the gain amount is listed.

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B. (1) was left blank and "none" was included in Column B.(2).

NOTE 10:
There are several Vestar and Sentinel Partnerships and a Centerview Capital Partnership. The portfolio companies that the Partnerships own are all listed separately on this report because the ▮▮▮▮ could potentially "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," (per Financial Dislcosure Filing Instructions).

In Vestar and Sentinel, there are both limited partner and general partner interests. For this report, the K-1 information for both interests is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report.

**FINANCIAL DISCLOSURE REPORT**

Page 47 of 48

Name of Person Reporting

Wood, Kimba M.

Date of Report

5/15/2012

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Each year, there is a K-1 from each of the partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then "None" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

Generally, there are no year-end market values listed for the Partnerships because the portfolio companies are listed separately.

NOTE 11:
This portfolio company was sold in the prior year. So, although the reporting family received distributions in the current year, there is no year-end value to report.

NOTE 12:
Not used.

NOTE 13:
The ▉▉▉▉▉ is the sole shareholder of this S Corporation. The company's assets are limited to office furniture, office equipment, a checking account, a money market account and a limited partnership interest in Hawk which is listed separately on this report. The value used to determine the year-end valuation code was the checking/money market account balances, A/R and the office furniture and equipment balance (less accumulated depreciation).

NOTE 14:
This company's 2011 K-1 was not received by the May 15, 2012 Disclosure Report filing deadline. Therefore, the company's income has been estimated. Once the actual K-1 is received, if the income code based on the actual K-1 differs from the code reported in this report, a letter explaining the difference will be filed with the Committee.

NOTE 15:
This investment is made through either a Vestar, a Sentinel or the Centerview Partnership. Since the ▉▉▉▉▉ could potentially "direct, influence or in any other manner affect teh purchase, exchange, sale or disposition of the entity or property owned by the entity", Financial Disclosure Filing Instructions, the partnership's assets must be listed separately on this reort. As a result, this company is reportable.

All transactions (investments, sales and related gain/(loss), distributions, etc.) are reported for the company. Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If income was received separate from the K-1, it is recorded on the portfolio company's line in Column B. See Note 10 for more information.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimba M. Wood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544